UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAVIAN WIMBERLY, *BY AND THROUGH HIS MOTHER AND NATURAL GUARDIAN, CASSIA MCGAY*, <br> Plaintiff, <br> v. <br> FIRST FINANCIAL INSURANCE COMPANY, <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : No. 5:17-cv-02952 <br> : <br> : <br> : |

# **O R D E R**

**AND NOW**, this 25th day of August, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Remand, ECF No. 5, is **GRANTED**.

2. The Clerk of Court shall **REMAND** this matter to the Court of Common Pleas of Philadelphia County, Pennsylvania, May Term, 2017, Civil No. 04005.

3. The Clerk of Court shall send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

4. This case is **CLOSED**.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge